STATE of Missouri,
Petitioner/Respondent,

v.

Emanuel BULLOCK,
Defendant/Appellant.

Emanuel BULLOCK, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 60361, 63301.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 28, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 27, 1994.

Application to Transfer Denied
Feb. 22, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction by a jury of forcible rape in violation of § 566.030, RSMo Supp.1990, and two counts of forcible sodomy in violation of § 566.060, RSMo Supp.1990, on which he was sentenced to consecutive terms of fifteen years imprisonment. Defendant also appeals from an order denying on the merits, after a hearing, his Rule 29.15 motion asserting non-cognizable trial error and ineffective assistance of counsel. However, defendant has abandoned this appeal by failing to brief any errors with respect to the denial of post-conviction relief.

With respect to the direct appeal, no error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rules 30.25(b) and 84.16(b).